IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BIBBS,

    Plaintiff,               No. CIV S-07-2018 JAM GGH P

    vs.

THERESA KIMORA, et al.,

    Defendants.          <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 07/17/08

                              /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

bibbs.dis